Deangelo Marquis WHITESIDE,
Petitioner–Appellant

v.

UNITED STATES of America,
Respondent–Appellee.

Nos. 13–7152, 1:09–cr–00069–MR–
1, 1:12–cv–00118–MR.

United States Court of Appeals,
Fourth Circuit.

July 10, 2014.

### ORDER

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.